# United States District Court

### Southern District of Illinois
### 301 West Main Street
### Benton, Illinois 62812

Chambers of
J. PHIL GILBERT
DISTRICT JUDGE

July 9, 2008

Mr. Ortie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the U. S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

RE:    Amended 2007 Financial Disclosure Report

Dear Mr. Smith:

        Pursuant to your letter of June 26, 2008, enclosed please find the original and three additional copies of my Amended 2007 Financial Disclosure Report for filing. The changes in my amended report are as follows:

1.      Part VII, page 9, line 91, Tyco has been listed and reported as sold, and

2.      Part VII, page 9, line 92, Google has been listed and reported as sold.

These two assets were inadvertently omitted from my original report.

        I have signed Part IX certifying as to the accuracy and completeness of this amended 2007 report.

        If you require additional information, please let me know.



U. S. District Judge

JPG/slc
Enclosure

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>GILBERT, JOHN P | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>07/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>301 WEST MAIN STREET<br>BENTON, IL 62812 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 16 P 12: 00 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old National Bank | Mortgage on Investment Property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | J | T | Buy | 10/1 | J | | |
| 3. COM. WALT DISNEY | A | Dividend | | | Sell | 09/10 | J | | |
| 4. COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 5. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 6. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 7. COM. TEMP. GWTH | A | Dividend | K | T | | | | | |
| 8. ROYALTY-UNION OIL n/k/a NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 9. OLD NATIONAL BANK-Accounts | A | Int | J | T | | | | | |
| 10. UNITS MEADOW RIDGE - ASSESSED VALUE $280,000 | E | Rent | M | S | | | | | |
| 11. TIME SHARES - CANCUN VIVA, CANCUN, MEXICO - 7/7/79 $3,000 | A | Rent | J | R | | | | | |
| 12. COM. TCW CONV. | A | Dividend | J | T | | | | | |
| 13. COM. BRISTOL MYERS | A | Dividend | J | T | | | | | |
| 14. COM AMER.ELEC. POWER | A | Dividend | J | T | | | | | |
| 15. COM ALLETE | A | Dividend | J | T | | | | | |
| 16. COM XCEL ENERGY | A | Dividend | J | T | | | | | |
| 17. COM SARA LEE | A | Dividend | | | Sell | 9/17 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COM CITIZENS COMM. | A | Dividend | J | T | | | | | |
| 19. COM COCA-COLA | A | Dividend | J | T | Buy | 10/01 | J | | |
| 20. COM GEN ELECT | A | Dividend | J | T | | | | | |
| 21. COM MOTOROLA | A | Dividend | J | T | | | | | |
| 22. COM HPQ | A | Dividend | J | T | | | | | |
| 23. COM SELIGMAN | A | Dividend | J | T | | | | | |
| 24. COM EXXON MOBIL | A | Dividend | J | T | | | | | |
| 25. COM TECO ENERGY | A | Dividend | J | T | | | | | |
| 26. COM ORACLE | A | Dividend | J | T | | | | | |
| 27. COM CATERPILLAR | A | Dividend | J | T | | | | | |
| 28. COM FT. DEARBORN | A | Dividend | J | T | | | | | |
| 29. COM WALMART | A | Dividend | J | T | | | | | |
| 30. COM WESTERN RES n/k/a WESTAR ENERGY | A | Dividend | J | T | | | | | |
| 31. COM PUTNAM VISTA | B | Dividend | K | T | | | | | |
| 32. COM DELL COMPUTER | A | Dividend | J | T | | | | | |
| 33. COM MICROSOFT | A | Dividend | J | T | | | | | |
| 34. COM TIME WARNER | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  COM CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 36.  COM PUTNAM GLOBAL | A | Dividend | J | T | | | | | |
| 37.  COM REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 38.  COM MUNDER FUND B | A | Dividend | J | T | | | | | |
| 39.  COM FORD | A | Dividend | J | T | | | | | |
| 40.  COM ZIMMER HOLDINGS | A | Dividend | J | T | | | | | |
| 41.  COM YUM BRANDS | A | Dividend | J | T | | | | | |
| 42.  COM HARLEY DAVIDSON | A | Dividend | J | T | | | | | |
| 43.  BOND FORD MOTOR | A | Interest | J | T | | | | | |
| 44.  COM VERIZON COMM | A | Dividend | J | T | | | | | |
| 45.  COM AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 46.  COM DTE ENERGY | A | Dividend | J | T | | | | | |
| 47.  COM SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 48.  COM AES | A | Dividend | J | T | | | | | |
| 49.  COM TELEFONOS | A | Dividend | J | T | | | | | |
| 50.  COM ADESA INC. | A | Dividend | | | Sell | 12/09 | J | A | |
| 51.  COM CORNING | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  COM INTEL | A | Dividend | J | T | | | | | |
| 53.  COM TEX INST | A | Dividend | J | T | | | | | |
| 54.  CD CAR FIRST | B | Interest | K | T | | | | | |
| 55.  CD DISCOVER BK | B | Interest | K | T | | | | | |
| 56.  CD PROVIDENT | B | Interest | K | T | | | | | |
| 57.  CD FIRST SIGN | B | Interest | K | T | | | | | |
| 58.  BOND FNMA | B | Interest | K | T | | | | | |
| 59.  BOND GMAC | A | Interest | K | T | | | | | |
| 60.  BOND GMAC | B | Interest | K | T | | | | | |
| 61.  BOND GMAC | A | Interest | K | T | | | | | |
| 62.  CD MID FIRST | B | Interest | K | T | | | | | |
| 63.  BOND SEARS | A | Interest | J | T | | | | | |
| 64.  COM ALLSCRIPTS HEALTH | A | Dividend | J | T | | | | | |
| 65.  COM CAREMARK | A | Dividend | J | T | | | | | |
| 66.  COM VITAL IMAGES | A | Dividend | J | T | | | | | |
| 67.  BOND FHLMC 6.10% | A | Interest | J | T | | | | | |
| 68.  BOND GMAC 5% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | 3 =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CD HUNINGTON 5% | A | Interest | K | T | Buy | 10/1 | K | | |
| 70. BOND CHICAGO IL 5.125% | A | Interest | K | T | | | | | |
| 71. BOND LEHMAN BRO. | A | Interest | J | T | Buy | 05/21 | J | | |
| 72. COM EXELON | A | Dividend | J | T | | | | | |
| 73. PREF STOCK CIPS 4% | A | Dividend | J | T | | | | | |
| 74. COM AMEREN | A | Dividend | K | T | | | | | |
| 75. COM EMPIRE DIST ELEC | A | Dividend | K | T | | | | | |
| 76. COM FPL | A | Dividend | J | T | | | | | |
| 77. COM AGRBX | A | Dividend | J | T | | | | | |
| 78. COM LUCENT | A | Dividend | J | T | | | | | |
| 79. COM AGTHX | A | Dividend | J | T | | | | | |
| 80. COM SCWBX | A | Dividend | J | T | | | | | |
| 81. COM ABBOTT LAB | A | Dividend | J | T | | | | | |
| 82. COM Hospira | A | Dividend | J | T | | | | | |
| 83. COM JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 84. COM New World Fund | A | Dividend | J | T | | | | | |
| 85. COM GRW Fund of Am. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  CD WASHINGTON MUTUAL ANK | E | Int./Div. | K | T | Buy | 08/14 | K | | |
| 87.  BOND GECC 6% | A | Int./Div. | K | T | Buy | 04/17 | K | | |
| 88.  CD GMAC 5/3% | A | Int./Div. | K | T | Buy | 09/18 | K | | |
| 89.  PFD JOHN HANCOCK | A | Int./Div. | K | T | Buy | 12/18 | K | | |
| 90.  DNP SELECT INC. | A | Int./Div. | J | T | Buy | 12/18 | J | | |
| 91.  COM TYCO | A | Dividend | | | Sold | 4/27 | J | C | |
| 92.  COM GOOGLE | A | Dividend | | | Sold | 3/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 07/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL    CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>GILBERT, JOHN P | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>301 WEST MAIN STREET<br>BENTON, IL 62812 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 12 A 11: 31
FINANCIAL DISCLOSURE OFFICE
RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Old National Bank | Mortgage on Investment Property | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | J | T | Buy | 10/1 | J | | |
| 3. COM. WALT DISNEY | A | Dividend | | | Sell | 09/10 | J | | |
| 4. COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 5. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 6. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 7. COM. TEMP. GWTH | A | Dividend | K | T | | | | | |
| 8. ROYALTY-UNION OIL n/k/a NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 9. OLD NATIONAL BANK-Accounts | A | Int | J | T | | | | | |
| 10. UNITS MEADOW RIDGE - ASSESSED VALUE $280,000 | E | Rent | M | S | | | | | |
| 11. TIME SHARES - CANCUN VIVA, CANCUN, MEXICO - 7/7/79 $3,000 | A | Rent | J | R | | | | | |
| 12. COM. TCW CONV. | A | Dividend | J | T | | | | | |
| 13. COM. BRISTOL MYERS | A | Dividend | J | T | | | | | |
| 14. COM AMER.ELEC. POWER | A | Dividend | J | T | | | | | |
| 15. COM ALLETE | A | Dividend | J | T | | | | | |
| 16. COM XCEL ENERGY | A | Dividend | J | T | | | | | |
| 17. COM SARA LEE | A | Dividend | | | Sell | 9/17 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COM CITIZENS COMM. | A | Dividend | J | T | | | | | |
| 19. COM COCA-COLA | A | Dividend | J | T | Buy | 10/01 | J | | |
| 20. COM GEN ELECT | A | Dividend | J | T | | | | | |
| 21. COM MOTOROLA | A | Dividend | J | T | | | | | |
| 22. COM HPQ | A | Dividend | J | T | | | | | |
| 23. COM SELIGMAN | A | Dividend | J | T | | | | | |
| 24. COM EXXON MOBIL | A | Dividend | J | T | | | | | |
| 25. COM TECO ENERGY | A | Dividend | J | T | | | | | |
| 26. COM ORACLE | A | Dividend | J | T | | | | | |
| 27. COM CATERPILLAR | A | Dividend | J | T | | | | | |
| 28. COM FT. DEARBORN | A | Dividend | J | T | | | | | |
| 29. COM WALMART | A | Dividend | J | T | | | | | |
| 30. COM WESTERN RES n/k/a WESTAR ENERGY | A | Dividend | J | T | | | | | |
| 31. COM PUTNAM VISTA | B | Dividend | K | T | | | | | |
| 32. COM DELL COMPUTER | A | Dividend | J | T | | | | | |
| 33. COM MICROSOFT | A | Dividend | J | T | | | | | |
| 34. COM TIME WARNER | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 36. COM PUTNAM GLOBAL | A | Dividend | J | T | | | | | |
| 37. COM REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 38. COM MUNDER FUND B | A | Dividend | J | T | | | | | |
| 39. COM FORD | A | Dividend | J | T | | | | | |
| 40. COM ZIMMER HOLDINGS | A | Dividend | J | T | | | | | |
| 41. COM YUM BRANDS | A | Dividend | J | T | | | | | |
| 42. COM HARLEY DAVIDSON | A | Dividend | J | T | | | | | |
| 43. BOND FORD MOTOR | A | Interest | J | T | | | | | |
| 44. COM VERIZON COMM | A | Dividend | J | T | | | | | |
| 45. COM AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 46. COM DTE ENERGY | A | Dividend | J | T | | | | | |
| 47. COM SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 48. COM AES | A | Dividend | J | T | | | | | |
| 49. COM TELEFONOS | A | Dividend | J | T | | | | | |
| 50. COM ADESA INC. | A | Dividend | | | Sell | 12/09 | J | A | |
| 51. COM CORNING | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COM INTEL | A | Dividend | J | T | | | | | |
| 53. COM TEX INST | A | Dividend | J | T | | | | | |
| 54. CD CAR FIRST | B | Interest | K | T | | | | | |
| 55. CD DISCOVER BK | B | Interest | K | T | | | | | |
| 56. CD PROVIDENT | B | Interest | K | T | | | | | |
| 57. CD FIRST SIGN | B | Interest | K | T | | | | | |
| 58. BOND FNMA | B | Interest | K | T | | | | | |
| 59. BOND GMAC | A | Interest | K | T | | | | | |
| 60. BOND GMAC | B | Interest | K | T | | | | | |
| 61. BOND GMAC | A | Interest | K | T | | | | | |
| 62. CD MID FIRST | B | Interest | K | T | | | | | |
| 63. BOND SEARS | A | Interest | J | T | | | | | |
| 64. COM ALLSCRIPTS HEALTH | A | Dividend | J | T | | | | | |
| 65. COM CAREMARK | A | Dividend | J | T | | | | | |
| 66. COM VITAL IMAGES | A | Dividend | J | T | | | | | |
| 67. BOND FHLMC 6.10% | A | Interest | J | T | | | | | |
| 68. BOND GMAC 5% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CD HUNINGTON 5% | A | Interest | K | T | Buy | 10/1 | K | | |
| 70. BOND CHICAGO IL 5.125% | A | Interest | K | T | | | | | |
| 71. BOND LEHMAN BRO. | A | Interest | J | T | Buy | 05/21 | J | | |
| 72. COM EXELON | A | Dividend | J | T | | | | | |
| 73. PREF STOCK CIPS 4% | A | Dividend | J | T | | | | | |
| 74. COM AMEREN | A | Dividend | K | T | | | | | |
| 75. COM EMPIRE DIST ELEC | A | Dividend | K | T | | | | | |
| 76. COM FPL | A | Dividend | J | T | | | | | |
| 77. COM AGRBX | A | Dividend | J | T | | | | | |
| 78. COM LUCENT | A | Dividend | J | T | | | | | |
| 79. COM AGTHX | A | Dividend | J | T | | | | | |
| 80. COM SCWBX | A | Dividend | J | T | | | | | |
| 81. COM ABBOTT LAB | A | Dividend | J | T | | | | | |
| 82. COM Hospira | A | Dividend | J | T | | | | | |
| 83. COM JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 84. COM New World Fund | A | Dividend | J | T | | | | | |
| 85. COM GRW Fund of Am. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CD WASHINGTON MUTUAL ANK | E | Int./Div. | K | T | Buy | 08/14 | K | | |
| 87. BOND GECC 6% | A | Int./Div. | K | T | Buy | 04/17 | K | | |
| 88. CD GMAC 5/3% | A | Int./Div. | K | T | Buy | 09/18 | K | | |
| 89. PFD JOHN HANCOCK | A | Int./Div. | K | T | Buy | 12/18 | K | | |
| 90. DNP SELECT INC. | A | Int./Div. | J | T | Buy | 12/18 | J | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | .i =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GILBERT, JOHN P | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544